PROB 12B
ED/AR (8/2002)
Case 4:05-cr-00124-JLH   Document 35   Filed 10/15/09   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 15 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Henry Brooks | Case Number: 4:05CR00124-001 JLH |
| Name of Sentencing Judicial Officer: | Honorable J. Leon Holmes<br>Chief United States District Judge |
| Offense: | Bank robbery |
| Date of Sentence: | December 9, 2005 |
| Sentence: | 84 months Bureau of Prisons, 3 years supervised release, substance abuse treatment, mandatory drug testing, mental health counseling, financial disclosure, no new lines of credit, DNA, $9,543 restitution, and $100 special penalty assessment |
| Type of Supervision: Supervised release | Date Supervision To Commence: October 31, 2009<br>Expiration Date: October 30, 2012 |
| Asst. U.S. Attorney: Linda Lipe | Defense Attorney: Chris Tarver |
| U.S. Probation Officer: Tabitha L. Mitchell<br>Phone No.: 501-604-5277 | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall be placed in a residential re-entry center (RRC) placement for a period of up to six (6) months.**

### CAUSE

Mr. Brooks is currently in the custody of the Bureau of Prisons. On September 9, 2009, the U.S. Probation Office received a supervision release plan from Mr. Brooks' case manager advising he has no release plan. On September 30, 2009, telephone contact was made with the case manager to discuss Mr. Brooks' release plan. She verified he does not have a release plan and would have to reside in a shelter once released from the Bureau of Prisons.

On October 1, 2009, Mr. Brooks agreed to have his term of supervised release modified to include residential re-entry center (RRC) placement for up to six months. This placement will allow him the opportunity to obtain employment and establish his own residence. He signed the attached PROB 49, waiving his right to a hearing. His attorney, Chris Tarver, was contacted and is in agreement with this modification.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Henry Brooks                                  Case Number: 4:05CR00124-001 JLH

_Tabitha L. Mitchell_
Tabitha L. Mitchell
U.S. Probation Officer

_Linda B. Lipe_
Linda Lipe
Assistant U.S. Attorney

Date: October 14, 2009                                           Date: 10-15-09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_Signature_
Signature of Judicial Officer

October 15, 2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Alan Schoeml_
Supervising U.S. Probation Officer

TLM/jkr

c:  Assistant Federal Public Defender, Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be placed in a residential re-entry center for a period of up to six months.**

Witness: *Tabitha Matthull*               Signed: *Henry Brooks*
U.S. Probation Officer                    Probationer or Supervised Releasee

*Oct 6, 2009*
DATE